UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES of AMERICA** ) <br> ) <br> v. ) <br> ) <br> **PETER JOHNSTON,** ) <br> ) <br> **Defendant.** ) <br> ) | **Criminal No.** <br> **06-40024-FDS** |

### MEMORANDUM AND ORDER ON DEFENDANT'S MOTION
### FOR REVOCATION OR AMENDMENT TO THE ORDER OF DETENTION

**SAYLOR, J.**

Defendant Peter Johnston has moved pursuant to 18 U.S.C. § 3145(b) to revoke or amend the Order of Detention entered by Magistrate Judge Hillman dated November 16, 2006. Upon review of the motion, the government's opposition, defendant's reply, and the Magistrate Judge's Order, the motion is DENIED.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:  January 18, 2007